Submitted December 6, 2019, reversed and remanded January 2, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DESIREE GALENA ARMSTRONG-FUNK,
*Defendant-Appellant.*

Lane County Circuit Court
18CR25996; A168574

454 P3d 851

Charles M. Zennaché, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Joshua B. Crowther, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Leigh A. Salmon, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Reversed and remanded.

**PER CURIAM**

Defendant appeals a judgment of conviction for unlawful possession of methamphetamine, ORS 475.894, arguing that the trial court erred in denying her motion to suppress evidence found during a warrantless search of her motel room. She asserts that the search was not justified by an exception to the warrant requirement and violated Article I, section 9, of the Oregon Constitution. The state concedes that no exception to the warrant requirement justified the warrantless search of defendant's room. We agree that, under the circumstances presented here, the trial court erred in denying defendant's motion to suppress; we accept the state's concession and reverse and remand.

Reversed and remanded.